# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:    DEBORAH B MENTLEWICZ    §    Case No.: 09-43871
                                 §
                                 §
                                 §
                                 §
         Debtor(s)               §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/19/2009.

2) This case was confirmed on 01/06/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/06/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/13/2010.

6) Number of months from filing to the last payment: 4

7) Number of months case was pending: 14

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    4,615.01

10) Amount of unsecured claims discharged without payment $   16,259.80

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 18,686.29 |
| Less amount refunded to debtor | $ 686.39 |
| **NET RECEIPTS** | $ 17,999.90 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 979.79 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,479.79 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVENTIST LAGRANGE M | UNSECURED | 381.00 | NA | NA | .00 | .00 |
| NATIONAL CITY | UNSECURED | 383.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 2,511.00 | 2,511.88 | 2,511.88 | 2,511.88 | .00 |
| BERWYN FIRE DEPT | UNSECURED | 835.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 3,911.00 | 3,932.53 | 3,932.53 | 3,932.53 | .00 |
| CANDICA LLC | UNSECURED | 1,133.00 | 1,133.47 | 1,133.47 | 1,133.47 | .00 |
| CLINICAL WOUND SOLUT | UNSECURED | 2,902.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,073.00 | 1,091.96 | 1,091.96 | 1,091.96 | .00 |
| ADVENTIST HEALTH PAR | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| DAVID LOITERMAN MD | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 1,750.00 | 1,750.10 | 1,750.10 | 1,750.10 | .00 |
| SUBURBAN RADIOLOGIST | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| LAGRANGE WOMENS CLIN | UNSECURED | 87.00 | NA | NA | .00 | .00 |
| DIVERSIFIED SERVICES | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| FATIMA JAFFER MD | UNSECURED | 42.19 | NA | NA | .00 | .00 |
| HINSDALE GASTROENTER | UNSECURED | 271.00 | NA | NA | .00 | .00 |
| HLG ANES ASSOC LLC | UNSECURED | 1,189.00 | NA | NA | .00 | .00 |
| ISSA MUASHER MD | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| JS HASAN PLASTIC SUR | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| EMERGENCY HEALTHCARE | UNSECURED | 183.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,134.00 | 1,134.09 | 1,134.09 | 1,134.09 | .00 |
| MARIN | UNSECURED | 1,089.00 | NA | NA | .00 | .00 |
| ANESTHESIA ASSOC | UNSECURED | 594.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ANESTHESIA ASSOC | UNSECURED | 594.00 | NA | NA | .00 | .00 |
| ANESTHESIA ASSOC | UNSECURED | 174.00 | NA | NA | .00 | .00 |
| ADVENTIST LA GRANGE | UNSECURED | 740.00 | NA | NA | .00 | .00 |
| ADVENTIST HINSDALE H | UNSECURED | 498.00 | NA | NA | .00 | .00 |
| ADVENTIST LA GRANGE | UNSECURED | 99.00 | NA | NA | .00 | .00 |
| METRO CENTER FOR HEA | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| MID AMERICA BANK | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| MIDWESTERN FINANCIAL | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT | UNSECURED | 645.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 954.00 | 808.42 | 808.42 | 808.42 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | 890.33 | NA | NA | .00 | .00 |
| SUBURBAN CARDIOLOGIS | UNSECURED | 20.28 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 550.00 | 1,082.40 | 1,082.40 | 1,082.40 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| WORLDWIDE ASSET PURC | UNSECURED | 1,944.00 | NA | NA | .00 | .00 |
| BLT PARTNERSHIP | OTHER | .00 | NA | NA | .00 | .00 |
| BRIAN MENTLEWICZ | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 75.26 | 75.26 | 75.26 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 13,520.11 | 13,520.11 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,479.79 |
| Disbursements to Creditors | $ | 13,520.11 |
| **TOTAL DISBURSEMENTS:** | $ | 17,999.90 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    01/27/2011                    /s/ Tom  Vaughn
                                        Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**